UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Eric D. Cook,** *et al.***,**

    **Plaintiffs,**

**-V-**                                                                 **Case No. 2:06-cv-0571**
                                                                        **JUDGE SMITH**
                                                                        **Magistrate Judge Kemp**

**The Home Depot, Inc.,**

    **Defendant.**

## ORDER

Plaintiffs filed this putative class action on July 7, 2006 (Doc. 3). Defendant moved to dismiss on July 28, 2006 (Doc. 8).

On October 3, 2006, Plaintiffs filed an Amended Complaint (Doc. 21). Thereafter, on October 23, 2006, Defendant filed its second motion to dismiss the Amended Complaint (Doc. 31).

In light of Plaintiffs' Amended Complaint and Defendant's second motion to dismiss which encompasses all arguments made in the first motion to dismiss, Defendant's first motion to dismiss (Doc. 8) is **MOOT**.

The Clerk shall remove Doc. 8 from the Court's CJRA pending motions list.

    **IT IS SO ORDERED.**

 /s/ George C. Smith
**GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**